**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter __7__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Nacre Group LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | FDBA  Nacre Hospitality LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-3634635 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 131 Quest Ct. <br> Keller, TX 76248 <br> Number, Street, City, State & ZIP Code | 10716 Ersebrook Ct. <br> Haslet, TX 76052 <br> P.O. Box, Number, Street, City, State & ZIP Code |
| Tarrant <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     www.nacregroup.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Nacre Group LLC                                          Case number (*if known*) _____
         Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___8741___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor    Nacre Group LLC _____    Case number (*if known*) _____
       Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district?*** 

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

### ▇ Statistical and administrative information

**13.** **Debtor's estimation of available funds**  .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Nacre Group LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September  5, 2025
                 MM / DD / YYYY

**X** /s/ Christopher Puntureri                              Christopher Puntureri
Signature of authorized representative of debtor        Printed name

Title    Chief Executive Officer

**18. Signature of attorney**

**X** /s/ Marc Taubenfeld                              Date  September  5, 2025
Signature of attorney for debtor                          MM / DD / YYYY

Marc Taubenfeld
Printed name

Munsch Hardt Kopf & Harr, P.C.
Firm name

500 N. Akard St., Suite 4000
Dallas, TX 75201
Number, Street, City, State & ZIP Code

Contact phone   214-855-7500          Email address   mtaubenfeld@munsch.com

19679800 TX
Bar number and State

**Nacre Group LLC**
**Unanimous Written Consent**

September 4, 2025

WHEREAS, the undersigned being all of the members of the Board of Directors (the "Board") of Nacre Group LLC (the "Company") do hereby consent to, adopt, and approve by unanimous written consent the following resolutions in accordance with applicable law and the relevant provisions of the governing documents of the Company, and direct that this written consent be filed with the minutes of the Company;

WHEREAS, the Board has reviewed and has had the opportunity to review and analyze the liabilities and liquidity of the Company and the strategic alternatives available to the Company;

WHEREAS, the Board has had the opportunity to consult with the management of the Company and the legal and other advisors of the Company to fully consider, and has considered, the strategic alternatives available to the Company;

WHEREAS, the Board has determined that the best interests of the Company, its creditors, and other constituencies would be best served, and the value of its assets and business operations would be best served and protected, by the filing of a voluntary petition under chapter 7 of title 11 of the United States Code, herein referred to as the "Bankruptcy Code," by the Company.

NOW, THEREFORE, the members of the Board hereby adopt and approve the following resolutions and take the following actions:

RESOLVED, the Company, through its duly elected or appointed representative — Christopher Puntureri, the Chief Executive Officer of the Company (the "Representative") — is authorized to execute and verify any and all documents necessary to complete the filing of a voluntary petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas ("Bankruptcy Court"), thereby initiating a chapter 7 case (the "Chapter 7 Case"), for and on behalf of the Company; and it is further

RESOLVED, that the Company authorizes the Representative to designate any other person or persons willing to serve as an alternate representative in the event that the Representative is unable or unwilling to continue to serve as the Company's Representative in the Chapter 7 Case, subject to the advice of counsel and any necessary approval of the Bankruptcy Court; and it is further

RESOLVED, that the Company is authorized, empowered, and directed to retain the law firm of Munsch Hardt Kopf & Harr, P.C., as counsel to represent the Company in the Chapter 7 Case, subject to Bankruptcy Court approval, if applicable; and it is further

RESOLVED, that the Company, through the Representative, is hereby authorized, empowered and directed, in the name of and on behalf of the Company, to take all actions necessary to comply with the requirements of the Company as a debtor in its Chapter 7 Case and

to execute and verify the necessary and proper pleadings, documents, schedules, statements, and disclosures relating to its Chapter 7 Case; and it is further

RESOLVED, that any and all past actions taken by the Representative or any other officer of the Company in the name of and on behalf of the Company in furtherance of any and all of the preceding resolutions are, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned being all the members of the Board of the Company, executes this written consent as of the date first set forth above.

Signed by:

*Christopher Puntureri*

191B1C59230A4E6...

Christopher Puntureri