```
ADI Global
275 Broadhollow Road, Suite 400
Melville, NY 11747-4863


Banner Solutions
PO Box 954589
Saint Louis, MO 63195-4589


Banner Solutions
c/o The Varrricchio Law Firm, APC
Attn: Kurt M. Varricchio
23101 Lake Center Drive, Suite 180
Lake Forest, CA 92630


BlueSky Remediation
2850 Market Loop
Southlake, TX 76092


Boardwalk Lofts Property Owner, LP
c/o Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808


Bose Professional
117 South St
Hopkinton, MA 01748


Capital One Financial Corp.
1680 Capital One Dr
Mc Lean, VA 22102-3491


Carlos Mejia Wallcovering and Paint LLC
PO Box 540114
Dallas, TX 75354-0114


Christopher Puntureri
3913 Vista Greens Dr
Fort Worth, TX 76244
```

Clark Guldin
20 Church St Suite 15
Montclair, NJ 07042


Concur
601 108th Ave NE, Suite 1000
Bellevue, WA 98004


Delta Rentals
102 Highway 61 South
Natchez, MS 39120


Green Ridge Landscape
24922 Castleton Dr
Chantilly, VA 20152


Infinity Design Group
732 Thimble Shoals Blvd Ste 604
Newport News, VA 23606


Internal Revenue Service
1100 Commerce St MC 5027DAL
Dallas, TX 75242-1100


JM Hospitality Solutions LLC
5920 S Miami Blvd Ste 202
Morrisville, NC 27560


Lowes Pro
PO Box 301451
Dallas, TX 75303-1451


Magnolia Spring Property Owner, LP
c/o Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808

Michael Henry
181 Herman Melville Ave
Newport News, VA 23606


Mobile Box
PO Box 673502
Dallas, TX 75267-3502


Nacre Group, Inc.
3913 Vista Greens Dr
Keller, TX 76244


Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242


Onity
4001 Fairview Industrial Dr SE
Salem, OR 97302


Parkside Funding Group LLC
1615 Ave I Ste 400
Greenwich, CT 06830


Radius West Property Owner, LP
c/o Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808


Raj Chahuan
10716 Ersebrook Ct
Haslet, TX 76052


Red Oak Capital Holdings
131 Quest Ct
Keller, TX 76248

ROCFIII 10 Grand Soleil
dba The Bridges Hotel
625 Kenmoore Ave Ste 200
Grand Rapids, MI 49546


Sherwin Williams
706 Main St
Natchez, MS 39120-3328


Sign Graphics
166 East Franklin St
Natchez, MS 39120-3610


TAM Consultants
10841 S Ridgeview Rd
Olathe, KS 66061-6456


Texas Comptroller of Public Accounts
Revenue Accounting Division-
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711


Texas Workforce Commission
Tax Department
PO Box 591
Fort Worth, TX 76101-0591


TK Elevator
788 Circle 75 Parkway SE Ste 500
Atlanta, GA 30339


Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


United States Attorney's Office
1100 Commerce Street, 3rd Floor
Dallas, TX 75242-1699

```
West Elm
2 Main Street West Elm #6094
Brooklyn, NY 11201


Wilmot Modular
5812 Allender Rd
White Marsh, MD 21162
```