**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **RE:** | § | |
| | § | |
| **Nacre Group LLC** | § | |
| | § | **CASE NO. 25-43377-elm-7** |
| **DEBTOR(S)** | § | |
| | § | |

**<u>RESPONSE TO CLERK'S CORRESPONDENCE</u>**

The Chapter 7 Trustee hereby files this Status Notice to inform the Court that the Trustee is continuing to evaluate the status of the above-referenced case and potential assets of the bankruptcy estate.

At this time, the Trustee does not have sufficient information to determine the full status of the case. The Trustee is currently reviewing available records and information to evaluate whether any assets may exist for the benefit of creditors.

The Trustee anticipates completing this review by the end of the month and will file either a Notice of Assets or a Report of No Distribution at that time, as appropriate.

The Trustee will file any additional pleadings or reports as necessary once the review and evaluation process is complete.

Dated: March 06, 2026

*/s/ **Marilyn D. Garner, Trustee***
Marilyn D. Garner
Law Office of Marilyn D. Garner
SBOT No. 0767550
2001 E. Lamar Blvd., Suite 200
Arlington, TX 76006
(817) 5051499;
(817) 549-7200 (FAX)